## Commonwealth, Appellant, *v.* McFadden.

Before BONAVITACOLA, J.

Submitted September 8, 1975. *Carolyn Engel Temin* and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellant; *Mary Alice Duffy*, for appellee.

Order affirmed.

## Commonwealth *v.* McGuigan, Appellant.

Before MIRARCHI, JR., J., without a jury.

Submitted September 8, 1975. *John W. Packel*, Assistant Defender, and *Benjamin Lerner*, Defender, for appellant; *Hugh J. Colihan, Mark Sendrow*, and *Steven H. Goldblatt*, Assistant District Attorneys, *Abraham J. Gafni*, Deputy District Attorney, and *F. Emmett Fitzpatrick*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.